UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LYNN ZELVIN, individually and on behalf of all others similarly situated,

                         Plaintiffs,

    -against-

OCS, INC.

                        Defendant.
-------------------------------------------------------------X

Case No. 1:23-cv-8023

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: March 27, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Littler Mendelson P.C. |
| By: _____/s/ Mars Khaimov_____ | By: _____/s/ Patel_____ |
| Mars Khaimov, Esq. | Vinay D. Patel, Esq. |
| 100 Duffy Avenue, Suite 510 | 900 Third Avenue |
| Hicksville, New York 11801 | New York, NY 10022.3298 |
| Tel.: 929.324.0717 (direct) | Telephone: 212.583.9600 |
| mars@khaimovlaw.com | vpatel@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED: ____/s/____
U.S.D.J

3/28/24

4895-5040-3388.1